IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


CHARLES E. BARRETT II,

                                                            PLAINTIFF


vs.                                Civil No. 6:07-cv-6043


MICHAEL J. ASTRUE                                          DEFENDANT
Commissioner, Social Security Administration


**JUDGMENT**

        Comes now the Court on this the 15th day of July 2008, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

        **IT IS SO ORDERED**.


                                        /s/  Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U. S. MAGISTRATE JUDGE